JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN RAMIREZ,<br><br>      Plaintiff,<br><br>v.<br><br>NAVIENT SOLUTIONS LLC et al.,<br><br>      Defendants. | Case No. 8:24-cv-00788-SB-ADS<br><br>ORDER DISMISSING CASE |

      Plaintiff filed his complaint against Defendants Navient Corporation and Experian Information Solutions, Inc., in state court on February 9, 2024. Dkt. No. 1-1. Navient has since been voluntarily dismissed. Dkt. No. 13. On March 11, Plaintiff effectuated service on Defendant Experian. Dkt. No. 1-5. The case was later removed to this Court on April 10. Dkt. No. 1. The Notice of Removal did not indicate whether Experian consented to the removal, and Experian has not appeared in the removed federal case. *Id.*

      On June 10, the Court ordered Plaintiff to file a report on the status of its case against remaining defendant Experian. Dkt. No. 14. The report was to address, by 9:00 a.m. on June 14, (1) the implications of the failure to include Experian's consent in the notice of removal and Plaintiff's decision not to oppose removal on these grounds within thirty days, and (2) Experian's failure to respond to the complaint. *Id.* The Court advised Plaintiff that failure to respond to the order would be construed as consent to dismissal without prejudice. *Id.* The Court set a status conference on June 21. *Id.*

      The deadline has passed, and Plaintiff has failed to file the report as ordered. Accordingly, the Court construes Plaintiff's failure to respond as consent and intends to dismiss the case without prejudice. If Plaintiff objects to the above course of action, the Court will hear Plaintiff's objection at the previously scheduled status conference on June 21 at 8:30 a.m. in Courtroom 6C, and Plaintiff

1

shall file the overdue status report at least 24 hours in advance of the hearing. If Plaintiff does not object, he need not appear, and the case will be automatically dismissed by operation of this order.

*Once again, Plaintiff is advised that his failure either to file the overdue status report or appear at the June 21 status conference will be deemed consent to dismiss this action without prejudice.*

Date: June 18, 2024

                                    Stanley Blumenfeld, Jr.
                                  United States District Judge